IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

JUL 29 2002

Michael N. Milby, Clerk of Court

Refugio Reynaldo Pesina JR.
_____
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

versus

B-02-156

Guadalupe Olvera III -    Attorney at Law
_____
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE LIST THEM:

_____

_____

_____

COMPLAINT

1. PARTIES TO THE ACTION:

   PLAINTIFF: PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

   Refugio Reynaldo Pesina JR.    #84234-079
   _____
   NAME - FULL NAME PLEASE - PRINT

   Marion USP , P.O. BOX 1000 , Marion IL. 62959
   _____
   ADDRESS: STREET, CITY, STATE, AND ZIP CODE    2314 rainbow Circle
       956-412-6455 ----- [ HOME PHONE & ADDRESS  Harlingen Tx. 78550
   _____
   TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

   PLAINTIFF IS REQUESTING A JURY TRIAL

2.

PREVIOUS LAWSUITS:

    A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (X)

    B. IF YOUR ANSWER IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.

    1. PARTIES TO THIS PREVIOUS LAWSUIT

    PLAINTIFFS:

NONE

    DEFENDANTS:

NONE

    2. COURT (IF FEDERAL COURT, NAME THE DISTRICT. IF STATE COURT, NAME THE COUNTY)

N/A

    3. DOCKET NUMBER    N/A

    4. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED

N/A

    5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?

N/A

    6. APPROXIMATE DATE OF FILING LAWSUIT    N/A

    7. APPROXIMATE DATE OF DISPOSITION    N/A

3.

## PLACE OF PRESENT CONFINEMENT

USP Marion, P.O. BOX 1000, Marion IL. 62959

A.    IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES ( ) NO ( )   N/A

B.    DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES ( ) NO (✓)

C.    IF YOUR ANSWER IS YES, WHAT STEPS DID YOU TAKE?

N/A

WHAT WAS THE RESULT?

N/A

D.    IF YOUR ANSWER IS NO, EXPLAIN WHY NOT

N/A

E.    IF THERE IS NO GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( ) N/A

F.    IF YOUR ANSWER IS YES, WHAT STEPS DID YOU TAKE?

N/A

N/A

WHAT WAS THE RESULT?
     N/A

4.

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS <u>INVALID</u> UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

Guadalupe Olvera III    - Attorney at Law
**NAMES - FULL NAME PLEASE**
847 E. Harrison , P.O. BOX 46 ,   Brownsville TX. 78521
**ADDRESS - STREET, CITY, STATE AND ZIP CODE**

IF THERE ARE ADDITIONAL DEFENDANTS, ADD A PAGE AND LIST THEM USING THE SAME FORMAT.

5.

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS, PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

#1. Refugio R. Pesina #84234-079, entered into a legal contract by paying in full approximently $ 5000.00 to represent me in 4 state cases in cameron county Texas. Attorney Guadalupe Olvera III, failed to honor said contract and failed to represent / resolve any of my state cases that accured in the year of 1998- 1999.

#2  The attorney Guadalupe Olvera III , refused to return the $5,000 when requesting for renegging on a valid contract to represent Refugio R. Pesina  or appear as counsel for the state cases that as to the paid contract  Mr. Olvera III, should of resolve and ffinalize each and every state case . Which Mr. Olvera did not do. Refugio Pesina finalized the state cases by filing PRO- SE to the Cameron county courts a motion in early 2002.

#3  REfugio R. Pesina , on May 11, 1999, again contracted / made contact with AAttorney Guadalupe Olvera III to represent me in  federal court , case# c-99-134-001 possession with intent to distribute cocaine, IN which P.esina was arrested under the alias, GABRIEL GUY HINOJOSA. Andalso Mr. Olvera recieved $10,000. May 11, 1999 ,& $5,000. May 21, 1999 .

#4  Attorney Guadalupe Olvera III, having been informed of the false name [ Gabriel  Guy Hinojosa] Refugio R. Pesina was under, after being told by Pesina when  the attorney accepted the collect call from Pesina himself. Mr. Olvera knowing Pesina's true identity and being informed by Pesina that the first and upmost proper thing to do was to inform the courts of the wrongdoing pertaining to the false uses, of the name of Gabriel Guy Hinojosa, that Refugio R. Pesina had given to the Boarder Patrol agents when arrested at the Sarita check point in texas, Mr.Olvera advised/ counseled Pesina not to say anything, that Mr.Olvera would take care of everything

6.

which the attorney Mr. olvera did not do.

#5 Refugio R. Pesina from the begin to the end, requested the his attorney Guadalupe Olvera III , do what was neccessary to have the true name revealed. The true name that the attorney Olvera knew for a fact was not GABRIEL GUY HINOJOSA, because the records will show Mr. Olvera knew Pesina was not GABRIEL GUY HINOJOSA.

#6 On May 21, 1999, the attorney Guadalupe Olvera III again appeared in federal court case- c-99-134-001 representing Pesina who was still under the false name. Having been ordered by the U.S . Magistrate Jane Cooper- Hill . The attorney still did not file any motion to reveal Pesina's name.

#7 Attorney Guadalupe Olvera III, having been requesting money from Pesina to have at hand for the use of bond money. Mr. Olvera was handed $5,000. After not accomplishing anything the attorney Guadalupe Olvera III was asked to return the $5,000. dollars . But Attorney Olvera refused and stated that he would be keeping the $5,000. dollars for his personal expenses. This accured May 21, 1999.

#8 On June 30, 1999, Mr. Olvera appeared in court to represent Pesina R. R. ,whose identity had already been revealed to the Courts prior to the 30th of June. By Pesina's Mother, the records will also show. The fact is that Mr. Olvera was under contract , that obligated the attorney to properly deefend Refugio Pesina. Which Mr. Olvera failed to accomplish . Mr. Olvera only made false statements to the Court and caused further prosecution in his client,Refdgio Reynaldo Pesina's case # c-99-134-001. The fact is that Attorney Guadalupe Olvera III,was responsble for instructing & counseling Pesina to self-incrimination by advising &counseling Pesina to lie & to commit perjury to the Courts .

#9 On Febuary 21, 2000 . Mr. Olvera issued a responce to a Complaint made by Refugio R. Pesina filed to : The State Bar of Texas . Mr. Olvera's response contained false statements , as fallows :

  A] Mr. Guadalupe Olvera III , recieved $15,000°° to represent Pesina in case , c-99-134-001.
  Mr.Olvera stated $ 10,000°°
  B] Mr.Olvera claims his services consisted of
 (4) conferances with Mrs. Pesina' , Refugio R. Pesina's Mother. Mrs. Pesina only went to Mr.
  Olvera's office to further complain as to why Attorney Olvera had not filed the motion that the Court Ordered, to have Refugio R. Pesina's name revealed. Because Attorney

**7.**

Olvera had told both, Mr. Pesina and Mrs. Pesina that the motion had been faxed and filed on his part. The " fact" is Mr. Olvera never faxed any kind of motion.

C) Mr. Guadalupe Olvera III, states that he had (4) conferanses with the U.S. Attorney Mrs. Elsa Salinas by phone and (2) inperson conferanses. Mr. Olvera states the same conferanses with the Pre-trial Services Mr. Elias Valverde. " The Fact to the matter , " is that the Attorney Mr. Olvera only was obligated to those conferanses with the U.S. Attorney andthe Pre-trial service because of Mr. Olvera's "Misrepresentations" in Refugio R. Pesina's case c-99-134-001 , not for Pesina's well being.

D) Mr. Olvera the attorney also contain his servises consisted of (4) in jail conferanses which the "fact" , is that Mr. Olvera never once visited Refugio R. Pesina, while Pesina was detained at the Nueces County Jail- Annex Jail.

E) and last Attorney Guadalupe Olvera III; servises / Misrepresentations in any of Mr. Guadalupe Olvera's Court appearanses on Refugio R. Pesina case c-99-134-001.Were "Unjustifyable and Fraud ".

8.

## RELIEF

IN THIS SECTION PLEASE WRITE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

#1 Plaintiff is requesting a jury trial

#2 Plaintiff is requesting the fallowing :

" RELIEF "

Compinsation for damages $50,000.°°
Injustive Relief

A]   Disbarment of Defendant

B]   Grant Compensatory Damages - Jury Decision - Discrecion
  1. Defendant
  2. Malpractice / Fraud Insurance Company   [UNKNOWN]

C]   Grant Punitive Damages   $100,000°° against Defendant

D]   Grant any other relief the Court deems Just .

PLEASE SIGN YOUR NAME, AND COMPLETE ADDRESS.

_Rufugio Reynaldo Pesina_
SIGNATURE OF PLAINTIFF

#84234-079
IDENTIFICATION OR SERIAL NUMBER

MARION USP
NAME OF INSTITUTION

P.O. BOX 1000 , MARION IL. 62959
ADDRESS INCLUDING CITY, STATE AND ZIP CODE

N/A
TELEPHONE NUMBER

SIGNED THIS 23 DAY OF JULY, 2002