AO 240 (1/94)

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____TEXAS_____

Refugio R. Pesina
    Plaintiff

V.

Guadalupe Olvera III
    Defendant  Attorney at Law

B-02-156

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

United States Courts
Southern District of Texas
FILED

CASE NUMBER:  JUL 29 2002

Michael N. Milby, Clerk of Court

I, __Refugio R. Pesina #84234-079__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?: ☒ Yes ☐ No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __MARION USP__

   Are you employed at the institution? __No__ Do you receive any payment from the institution? __No__

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☐ |
   | b. | Rent payments, interest or dividends | ☐ | ☐ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☐ |
   | d. | Disability or workers compensation payments | ☐ | ☐ |
   | e. | Gifts or inheritances | ☐ | ☐ |
   | f. | Any other sources | ☑ | ☐ |

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive. __Family sends money to get by, not alot,__

```
USP MARION * LIMITED OFFICIAL USE*              STATEMENT
     MARION, ILLINOIS                           DATE 07/18/02
                                                PAGE NO.01


                                         Account # 84234079
```

| BEGINNING | AVAILABLE | ENCUMBERED | OUTSTANDING | SPECIAL | ACCOUNT |
|---|---|---|---|---|---|
| BALANCE | BALANCE | BALANCE | BALANCE | BALANCE | BALANCE |
| .00 | .00 | .00 | .00 | .00 | |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 010010 | | 11-05-01 | FUNDS TRANSFERRED IN | .21 | .21 |
| | | | | .20- | .01 |
| | | | | 25.00 | 25.01 |
| | | | | 100.00 | 125.01 |
| | | | | 94.25- | 30.76 |
| | | | | 5.00 | 25.76 |
| | | | | 13.00- | 53.16 |
| | | | | 30.00 | 28.00 |
| | | | | 12.00 | 60.00 |
| | | | | 40.00 | |
| | | | | 3.00 | 85.00 |
| | | | | 4.00 | 81.00 |
| | | | | 5.00 | .00 |
| | | | | 39.00 | 39.00 |
| | | | | .50 | .50 |
| | | | | .50- | .00 |
| | | | | 45.00 | 45.00 |
| | | | | 3.00 | 5.42 |
| | | | | | |
| | | | | 100.00 | 100.40 |
| | | | | 30.00 | 33.57 |
| | | | | 1.50- | 31.04 |
| | | | | .50 | 30.00 |
| | | | | 5.70- | 24.25 |
| | | | | 500.00 | 505 |
| | | | | | |
| | | | | 190.00 | |
| | | | | | |
| | | | | 5.00 | 45.00 |
| | | | | 55.00 | 45.00 |
| | | | | 14.00 | .11 |
| | | | | | 51.00 |
| | | | | 2.00 | |
| | | | | 12.50 | |
| | | | | 5.00 | .50 |
| | | | | .50 | .00 |
| | | | | 50.00 | 50.00 |
| | | | | 42.75 | 7.31 |
| | | | | 6.05- | 1.29 |

USP MARION * LIMITED OFFICIAL USE *
   MARION, ILLINOIS

                                          ACCOUNT
                                          STATEMENT
                                          DATE 07/18/02
                                          PAGE NO. 02


                                    Account # 081-1044

      ## Name: PUGRO REYNALDO

ACCOUNT STATEMENT

```
                    ACCOUNT
                    STATEMENT
GP MARION * LIMITED OFFICAL USE*                DATE 07/22/02
     MARION, ILLINOIS                           PAGE No.02


                                        Account # 84234079

          PESINA, REFUGRO REYNALDO
          F
```

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 17C6E0 | 14:44 | 05-27-02 | DEPOSIT ITS FUNDS | 1.00- | .29 |
| T09516 | 13:33 | 05-30-02 | MONEY ORDER | 50.00 | 50.29 |
| 000176 | 7:13 | 05-31-02 | SALE / REGULAR | 48.72- | 1.57 |
| 17D9BA | 13:47 | 05-31-02 | DEPOSIT ITS FUNDS | 1.00- | .57 |
| 000018 | 7:10 | 06-04-02 | SALE / REGULAR | .50- | .07 |
| T09957 | 13:50 | 06-10-02 | MONEY ORDER | 30.00 | 30.07 |
| 183B58 | 20:51 | 06-10-02 | DEPOSIT ITS FUNDS | 10.00- | 20.07 |
| 000040 | 7:30 | 06-14-02 | SALE / REGULAR | 19.80- | .27 |
| 000083 | 8:54 | 06-14-02 | SALE / REGULAR | 7.00 | 7.27 |
| 000026 | 8:59 | 06-18-02 | SALE / REGULAR | 5.95- | 1.32 |
| T10339 | 13:49 | 06-19-02 | MONEY ORDER | 30.00 | 31.32 |
| 000115 | 11:50 | 07-01-02 | SALE / REGULAR | 28.87- | 2.45 |
| 18C587 | 13:21 | 07-02-02 | DEPOSIT ITS FUNDS | 2.00- | .45 |
| T11066 | 13:27 | 07-09-02 | MONEY ORDER | 50.00 | 50.45 |
| 190516 | 12:29 | 07-10-02 | DEPOSIT ITS FUNDS | 10.00- | 40.45 |
| 000043 | 10:56 | 07-12-02 | SALE / REGULAR | 39.37- | 1.08 |
| 000039 | 11:00 | 07-17-02 | SALE / REGULAR | 1.00- | .08 |
| T11511 | 13:48 | 07-22-02 | MONEY ORDER | 50.00 | 50.08 |

```
                    **** TRANSACTION TOTAL ****    50.08
```

| ----ENDING-----AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---:|---:|---:|---:|---:|
| 50.08 | .00 | .00 | .00 | 50.08 |

Case 1:02-cv-00156    Document 2    Filed in TXSD on 07/29/2002    Page 5 of 5