UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

JUL 29 2002

Michael N. Milby, Clerk of Court

NOTICE OF EXCLUSION         B - 0 2 - 1 5 6

CIVIL ACTION NO. __C-02-340__

　　The following types of cases are not scheduled for initial pretrial conference under Fed.R.Civ.P. 16: (a) prisoner civil rights; (b) state and federal habeas corpus; (c) student and veteran loan; (d) social security appeals; (e) bankruptcy appeals; and (f) forfeiture of seized assets. Local Rule 16.1. Further, these types of cases are excluded from the accelerated discovery procedures under Fed.R.Civ.P. 26.

　　This case falls within the excluded category.

*Order of the Court*