4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| REFUGIO R. PESINA        ) <br> _____ ) <br> ) <br> vs                       ) <br> ) <br> GUADALUPE OLVERA III     ) <br> ) <br> _____ ) | B-02-156 <br><br> CA C 02-340 <br><br> United States District Court <br> Southern District of Texas <br> FILED <br><br> AUG - 6 2002 <br><br> Michael N. Milby <br> Clerk of Court |

NOTICE OF TRANSFER

        This case has been transferred to <u>Judge Janis Graham Jack</u> for the reason:

    ( )  Agreement between the Judges.

    ( )  Case in exchange for CA C- _____ which was transferred due to:

    ( )  recusal

    ( )  bankruptcy related case

    ( )  Consent to Proceed before the U. S. Magistrate Judge filed.

    (X)  Other: Plaintiff's original case was in Judge Jack's Court.

        Cut-off dates in existing scheduling/docket control orders remain in effect. However, all court settings are canceled. The receiving court will issue new court settings.

        Counsel are instructed to notify the appropriate Case Manager by letter of pending motions.

                                        MICHAEL N. MILBY, CLERK

Date: August 6, 2002                    By:  <u>Judith F. Alvarez</u>
                                        U. S. Deputy Clerk