IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**United States District Court**
**Southern District of Texas**
**ENTERED**

**AUG 1 2 2002**

Michael N. Milby, Clerk of Court

REFUGIO REYNALDO PESINA, JR.    §  B - 0 2 - 1 5 6
                                §
vs.                             §          C.A. NO. C-02-340
                                §
GUADALUPE OLVERA, III.          §

## ORDER OF TRANSFER

Plaintiff, a federal prisoner incarcerated at the United States Penitentiary in Marion, Illinois, has filed this diversity action against attorney Guadalupe Olvera III, essentially alleging breach of contract and legal malpractice. Jurisdiction and venue is proper in either this division or the Brownsville Division because Olvera's representation occurred in a criminal action in the Corpus Christi division and Olvera resides in Brownsville. See 28 U.S.C. § 1391(a). For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a). Because Olvera resides in Brownsville and the action primarily asserts a personal tort of legal malpractice, the Brownsville Division is the more convenient forum.

Accordingly, it is ordered that the Clerk transfer this action to the United States District Court for the Southern District of Texas, Brownsville Division. The Court denies Plaintiff's motion for leave to proceed *in forma pauperis* (D.E. #2) without prejudice to reconsideration upon transfer.

ORDERED this _____11th_____ day of August, 2002.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

**TRUE COPY I CERTIFY**
**ATTEST:**
**MICHAEL N. MILBY, Clerk of Court**
**By**_____
**Deputy Clerk**