# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| REFUGIO REYNALDO PESINA, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-156 |
| | § | |
| GUADALUPE OLVERA, III | § | |

## MEMORANDUM

The Court has reviewed, *sua sponte*, the *pro se* Complaint filed by Regugio Reynaldo Pesina, Jr. ("Pesina") and believes that it should be dismissed without prejudice, for lack of jurisdiction.

## BACKGROUND

According to his Complaint, Pesina is a resident of Harlingen, Cameron County, Texas. He is presently incarcerated in the federal prison at Marion, Illinois. He is attempting to sue his former retained attorney, Guadalupe Olvera ("Olvera"), who, the Complaint states, resides in Brownsville, Texas.

The Complaint seeks damages for legal malpractice. A review of the docket sheet in *United States v. Pesina*, Cause No. C-99-134-001, the Southern District of Texas, Corpus Christi Division criminal case in which Pesina was a defendant, reflects that he has exhausted his post conviction remedies.

## OPINION

The only conceivable basis of jurisdiction in this case is diversity under 28 U.S.C. § 1332. Pesina raises no federal claims. Pesina and Olvera are both residents of Cameron County, Texas. Pesina's imprisonment in Illinois does not change this. *Denlinger v. Brennan*, 87 F.3d 214, 216 (7th Cir. 1996); *Dreyer v. Jalet*, 349 F. Supp. 452, 465 (S.D. Tex. 1972), *aff'd per curiam*, 479 F.2d 1044

(5th Cir. 1973).  Since there is no diversity, this case should be dismissed without prejudice to

Pesina's right to refile it in the appropriate state forum.

      Done at Brownsville, Texas, this ___30[th]___ day of ___August___, 2002.

                                            Andrew S. Hanen
                                       United States District Judge