IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REFUGIO REYNALDO PESINA, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-156 |
| | § | |
| GUADALUPE OLVERA, III | § | |

### FINAL JUDGMENT

A complete review of the Complaint in this case shows that there is no basis for jurisdiction in federal court.

IT IS THEREFORE **DISMISSED** without prejudice.

DONE at Brownsville, Texas, this 30th day of August, 2002.

Andrew S. Hanen
United States District Judge