MOTION TO INVOKE SUPPLEMENTAL JURISDICTION

United States Courts
Southern District of Texas
FILED

C-02-340
CAB-02-156

SEP 1 2 2002

Michael N. Milby, Clerk

PLAINTIFF REFUGIO R. PESINA, comes before this Honorable Court pursuant to 28 U.S.C. § 1367, Pro-Se requesting that he Court accept supplemental jurisdiction of this action's state law claims of Fraud and attorney Malpractice. To permit Plainttiff to prosecute this case in this forum.

The Plaintiff is a Federal Prisoner sentenced by the Federal Courts and is serving time in a Federal facility which does not provide any access to Texas State law provisions. As such Plaintiff was unable to cite upon his original Complaint corresponding state statutes relevent to the legal theories and content of the allegations.

Under Federal law 28 USC §1331 this Court has original jurisdiction of any claims that shows a violation under , inter-alia, laws of the U.S. which Texas is a part of. Title 28 USC § 1367 provides that supplemental jurisdiction can be exercised in which original jurisdiction exist.

Although the Plaintiff is unable to identify both State law Statutes by number Plaintiff is able to cite them generally by name . Namely: Texas State Statutes concerning Fraud and attorney Malpractice . Plaintiff prays that the Court will contrue his Pro-Se action liberally and allow Plaintiff to proceed under it's supplemental jurisdiction and effect an appropriate Amendment when Plaintiff obtains provision numbers.

RESPECTFULLY SUBMITTED,

/s/ Refugio R. Pesina