Application to Proceed

# United States District Court

__Southern__ DISTRICT OF __Texas__

PLAINTIFF
Refugio Reynaldo Pesina
v.

DEFENDANT
GUADALUPE OLVERA

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: C-02-340

CA B-02-156

I, __REFUGIO R. PESINA__, declare that I am the (check appropriate box)

- [x] petitioner/plaintiff
- [ ] respondent/defendant
- [ ] movant (filing 28 U.S.C. 2255 motion)
- [x] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes [ ]   No [x]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. *1999*

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment    Yes [ ]   No [ ]
   b. Rent payments, interest or dividends?                     Yes [ ]   No [ ]
   c. Pensions, annuities or life insurance payments?           Yes [ ]   No [ ]
   d. Gifts or inheritances?                                    Yes [ ]   No [ ]
   e. Any other sources?                                        Yes [x]   No [ ]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. Mother sends money $40-$30 when she can cause she pays all her bill along with the income she earns at Wal-Mart, DAD, who lives in GARLAND, sends $100 every so often to buy stamps & hygenes, shoes

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☐   No ☐   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned. I have a few dollars maybe $4-$5 on my phone account + I use to call family. And I Don't have more than $30 at the moment Can't say till I Recieve the Showing of my Commisary acc

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐   No ☑

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. N/A

6. I authorize the official in charge of Prisoner Accounts to release records pertaining to my Inmate Trust Account, as requested by the United Sates District Court for the Southern District of Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8-19-02
             (Date)                              Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 25.87 on account to his credit at the U.S. Penitentiary, Marion institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ 34.00

8/21/02
Date                                    Authorized Officer of Institution

## ORDER OF COURT

| | |
|---|---|
| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
| United States Judge        Date | United States Judge        Date<br>or Magistrate Judge |

```
USP MARION * LIMITED OFFICAL USE*            STATEMENT
      MARION, ILLINOIS                       DATE 08/21/02
                                             PAGE No.01
```



```
                                          Account # 84234079

        PESINA, REFUGRO REYNALDO
        Z


 ----BEGINNING----AVAILABLE  ENCUMBRANCE  OUTSTANDING    SPECIAL      ACCOUNT
                  BALANCE     BALANCE      BALANCE       BALANCE      BALANCE
                    .00         .00          .00           .00          .00
|INVOICE| TIME |  DATE  | TRANSACTION DESCRIPTION  |   AMOUNT   ||||||||||||||
  DL0010 11:58  11-06-01  FUNDS TRANSFERRED IN            .21          .21
  000094 14:22  11-14-01  SALE / REGULAR                  .20-         .01
  T01965 13:25  11-21-01  MONEY ORDER                   25.00        25.01
  T02137 14:04  11-26-01  MONEY ORDER                  100.00       125.01
  000050 13:54  11-28-01  SALE / REGULAR               28.25-        96.76
  136645 14:06  12-03-01  DEPOSIT ITS FUNDS            20.00-        76.76
  000038 13:16  12-05-01  SALE / REGULAR               13.60-        63.16
  000072 16:53  12-12-01  SALE / REGULAR               35.07-        28.09
  T03036 12:46  12-14-01  MONEY ORDER                   25.00        53.09
  000113 11:59  12-17-01  SALE / REGULAR               52.27-          .82
  T04338 12:08  01-09-02  MONEY ORDER                   50.00        50.82
  146E10  7:16  01-12-02  DEPOSIT ITS FUNDS            10.00-        40.82
  000130 12:18  01-14-02  SALE / REGULAR               37.40-         3.42
  000100 11:07  01-22-02  SALE / REGULAR                3.40-          .02
  T04741 13:29  01-23-02  MONEY ORDER                   30.00        30.02
  000090 12:12  01-28-02  SALE / REGULAR               29.05-          .97
  000088 12:01  02-04-02  SALE / REGULAR                 .80-          .17
  T05392 13:43  02-11-02  MONEY ORDER                   45.00        45.17
  000048 10:09  02-13-02  SALE / REGULAR               39.77-         5.40
  152ABF 19:07  02-14-02  DEPOSIT ITS FUNDS             5.00-          .40
  T05709 14:27  02-19-02  MONEY ORDER                  100.00       100.40
  000033 10:14  02-21-02  SALE / REGULAR               36.87-        63.53
  000051 14:19  02-27-02  SALE / REGULAR                1.50-        62.03
  158DD8 10:06  03-03-02  DEPOSIT ITS FUNDS             2.00-        60.03
  000017  8:37  03-07-02  SALE / REGULAR                3.30-        56.73
  T06509  8:43  03-12-02  MONEY ORDER                   50.00       106.73
  000054 14:23  03-13-02  SALE / REGULAR                7.62-        99.11
  000006  8:13  03-21-02  SALE / REGULAR               67.95-        31.16
  T07190 13:36  03-27-02  MONEY ORDER                  100.00       131.16
  163E61  7:48  03-31-02  DEPOSIT ITS FUNDS            20.00-       111.16
  000062 16:51  04-10-02  SALE / REGULAR                3.85-       107.31
  000070 17:05  04-10-02  SALE / REGULAR               58.77-        48.54
  000021  7:28  04-12-02  SALE / REGULAR               48.43-          .11
  000042  8:11  04-12-02  SALE / REGULAR               58.77         58.88
  000045  8:42  04-12-02  SALE / REGULAR                3.85         62.73
  16BF16 18:54  04-16-02  DEPOSIT ITS FUNDS            10.00-        52.73
  000160  7:10  04-19-02  SALE / REGULAR               52.17-          .56
  000018  9:34  04-23-02  SALE / REGULAR                 .50-          .06
  T08497 13:41  04-30-02  MONEY ORDER                   50.00        50.06
  000026  7:14  05-03-02  SALE / REGULAR               42.72-         7.34
  000027  7:10  05-10-02  SALE / REGULAR                6.05-         1.29
```

```
                                    ACCOUNT
                                    STATEMENT
USP MARION * LIMITED OFFICAL USE*   DATE 08/21/02
    MARION, ILLINOIS                PAGE No.02


                                        Account # 84234079

        PESINA, REFUGRO REYNALDO
        Z


|INVOICE| TIME |  DATE   | TRANSACTION DESCRIPTION |  AMOUNT  |||||||||||||
 17C6E0  14:44  05-27-02  DEPOSIT ITS FUNDS             1.00-          .29
 T09516  13:33  05-30-02  MONEY ORDER                  50.00         50.29
 000176   7:13  05-31-02  SALE / REGULAR               48.72-         1.57
 17D9BA  13:47  05-31-02  DEPOSIT ITS FUNDS             1.00-          .57
 000018   7:10  06-04-02  SALE / REGULAR                 .50-          .07
 T09957  13:50  06-10-02  MONEY ORDER                  30.00         30.07
 183B58  20:51  06-10-02  DEPOSIT ITS FUNDS            10.00-        20.07
 000040   7:30  06-14-02  SALE / REGULAR               19.80-          .27
 000083   8:54  06-14-02  SALE / REGULAR                7.00          7.27
 000026   8:59  06-18-02  SALE / REGULAR                5.95-         1.32
 T10339  13:49  06-19-02  MONEY ORDER                  30.00         31.32
 000115  11:50  07-01-02  SALE / REGULAR               28.87-         2.45
 18C587  13:21  07-02-02  DEPOSIT ITS FUNDS             2.00-          .45
 T11066  13:27  07-09-02  MONEY ORDER                  50.00         50.45
 190516  12:29  07-10-02  DEPOSIT ITS FUNDS            10.00-        40.45
 000043  10:56  07-12-02  SALE / REGULAR               39.37-         1.08
 000039  11:00  07-17-02  SALE / REGULAR                1.00-          .08
 T11511  13:48  07-22-02  MONEY ORDER                  50.00         50.08
 V01268  14:24  07-23-02  COMMISSARY FORM               3.70-        46.38
 V01271  14:34  07-23-02  COMMISSARY FORM               6.00-        40.38
 000026  10:16  07-25-02  SALE / REGULAR               40.07-          .31
 000024   9:54  08-02-02  SALE / REGULAR                 .25-          .06
 000001  11:50  08-02-02  SALE / REGULAR                 .25           .31
 T12298  13:31  08-13-02  MONEY ORDER                  40.00         40.31
 1A0666  10:10  08-14-02  DEPOSIT ITS FUNDS            10.00-        30.31
 V01386   8:57  08-16-02  COMMISSARY FORM               4.44-        25.87

                    **** TRANSACTION TOTAL ****        25.87


-----ENDING------AVAILABLE  ENCUMBRANCE  OUTSTANDING    SPECIAL    ACCOUNT
                  BALANCE     BALANCE      BALANCE     BALANCE    BALANCE
                    25.87         .00          .00         .00      25.87
```