**MOTION FOR APPOINTMENT OR REFERAL FOR COUNSEL**

United States District Court
Southern District of Texas
FILED

SEP 1 2 2002

Michael N. Milby
Clerk of Court

REFUGIO R. PESINA
    PLAINTIFF,

VS.

GUADALUPE OLVERA, III
    DEFENDANT,

CV- C- 02-340

B-02-156

1. Plaintiff is Pro -Se and is untrained in law and has no access to Texas Codes. Plaintiff realizes that the Court can not forse an attorney to represent Plaintiff. Plaintiff therefore prays that the Court will appoint counsel from it's in-house list of counsels, or refer Plaintiff's case to the Pro-bono services. That way Plaintiff can effect prosecution of this case.

RESPECTFULLY SUBMITTED,

*/s/ Refugio Pesina*